■ In the Matter of JARED ROSENTHAL, Appellant, v GONY WEISS, Respondent. [8 NYS3d 916]—Appeal from an order of the Family Court, Rockland County (Sherri L. Eisenpress, J.), dated June 16, 2014. The order denied the father's objections to an order of the same court (Catherine M. Miklitsch, S.M.), dated March 30, 2014, which, without a hearing, dismissed the father's petition for a downward modification of his child support obligation.

Ordered that the order dated June 16, 2014, is affirmed, with costs.

Contrary to the father's contention, the Family Court properly denied his objections to an order of a Support Magistrate dismissing, without a hearing, his petition for a downward modification of his child support obligation. The father failed to make a prima facie showing of "a substantial change in circumstances" (Family Ct Act § 451 [3] [a]; *see Matter of Bono v Pitre*, 97 AD3d 743 [2012]). Mastro, J.P., Balkin, Sgroi and Duffy, JJ., concur.